UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO GUTIERREZ MARTINEZ, | ) | CASE NO. SA CV 14-193-GW (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| SUPERIOR COURT OF ORANGE COUNTY, ET AL., | ) ) ) | |
| Respondents. | ) ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   July 30, 2014.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\SA14CV00193GW-J.wpd